**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

MARION TAYLOR

VERSUS

LEBLANC, ET AL.

CIVIL ACTION

19-537-SDD-RLB

## **RULING**

The Court has carefully considered the *Complaint*[1] and *Amended Complaint*[2] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[3] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 19, 2020, to which an objection[4] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over any potential state law claims, and this action is hereby dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana on March 31, 2020.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 9.
[3] Rec. Doc. 10.
[4] Rec. Doc. 11.